United States District Court
Southern District of Texas
**ENTERED**
July 31, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **DSL Extension LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**Consolidated Communications Holdings, Inc.,**<br><br>Defendant. | Case No. 4:20-cv-2641<br><br>Patent Case<br><br>Jury Trial Demanded |

### ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

This matter is before the Court on Plaintiff DSL Extension LLC's Notice of Voluntary Dismissal **without prejudice**. Defendant has not yet answered the Complaint or moved for Summary Judgment. Being so advised, the Court hereby finds that the request should be GRANTED. It is, therefore,

ORDERED that this matter be dismissed **without prejudice.**

SO ORDERED   July 31, 2020

_____
UNITED STATES DISTRICT JUDGE